# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TERRANCE TERRELL BROWN, SR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1462-S-BK |
| | § | |
| JP MORGAN CHASE BANK, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed.

The Court reviewed Plaintiff's objections. The court also reviewed Plaintiff's Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a) [ECF No. 15], his allegations in the proposed Second Amended Complaint and Jury Demand [ECF No. 15-1], and the Magistrate Judge's Order [ECF No. 18] denying leave to amend. Even if the second amendment had been permitted, dismissal is still warranted for the reasons outlined in the Magistrate Judge's Findings, Conclusions, and Recommendation.

The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 26, 2025.

**UNITED STATES DISTRICT JUDGE**